E-FILED
Tuesday, 29 October, 2019 11:37:33 AM
Clerk, U.S. District Court, ILCD

ClientCaseID: 57969        CaseReturnDate: 10/23/19

Affidavit of A PRIVATE INVESTIGATOR

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS

Case Number 19-CV-02119

I, JOHN PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS & COMPLAINT
ON THE WITHIN NAMED DEFENDANT  UNITED STATES ATTORNEY GENERAL C/O JOHN MILHISER
PERSON SERVED  LINDSAY MANNING, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 10/23/19

That the sex, race and approximate age of the whom I left the  SUMMONS & COMPLAINT
are as follow:

| Sex | Race | Age | Height | Build | Hair |
|---|---|---|---|---|---|
| FEMALE | WHITE | 38 | 5'4" | MEDIUM | BRN |

LOCATION OF SERVICE   318 S 6TH ST
                      SPRINGFIELD, IL, 62701

Date Of Service  10/23/19        Time of Service  11:37 AM

JOHN PENNELL                                         10/23/2019
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.