E-FILED
Monday, 23 March, 2020  03:28:59 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

DAVID COOK, M.D.,

     Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, and ROBERT
WILKIE, the Secretary of the United States
Department of Veterans Affairs,

     Defendants.

Case No. 19-cv-02119

**JOINT REPORT OF RULE 26(f) PLANNING CONFERENCE**

Plaintiff, David Cook, M.D., being represented by the Goldberg Law Group, LLC and

Defendants, United States Department of Veterans Affairs and Robert Wilkie, Secretary of the

United States Department of Veterans Affairs, being represented by the United States Attorney's

Office for the Central District of Illinois; Counsel for Plaintiff and Defendants conducted a

telephone conference on January 15, 2020 and on March 20, 2020 for the purpose of formulating

a proposed discovery calendar and briefing schedule for consideration by the Court. Counsel have

agreed upon the following:

     1.     Pursuant to Rule 26(a)(1)(e)(i), the parties are exempt from initial disclosure as this

is an action for review on an administrative record.

     2.     The parties are in agreement that the administrative record is the only discovery to

be produced in this matter, with the exception of a transcript of a YouTube video that was made

available to the Disciplinary Appeals Board. The parties believe that a transcript of the YouTube

video is necessary for purposes of making accurate citations to the record and that it will assist the

Court in its review of the record and the briefs.

3.     Counsel for Defendants has produced the administrative record and a draft

transcript of the YouTube video, and counsel for Plaintiff is in the process of reviewing same to

confirm that it is complete.

4.     The parties are in agreement that no additional discovery will be produced, aside

from the administrative record and the transcript of the YouTube video, and that no experts shall

be introduced by either party.

5.     The parties have further agreed to terms of a Protective Order to safeguard

documents and information produced in discovery that contain individually identifiable health

information.

6.     The parties propose the following briefing schedule on the merits of the complaint:

   a.  Plaintiff's Brief in Support of Administrative Review shall be filed by May 7,

       2020;

   b.  Defendants' Response Brief shall be filed by June 22, 2020; and

   c.  Plaintiff's Reply Brief shall be filed by July 13, 2020.

Respectfully submitted;                          Respectfully submitted;

By:   _/s/ Jenna E. Milaeger_              By:   _/s/ Hilary W. Frooman_
      Jenna E. Milaeger                            Hilary W. Frooman
      Goldberg Law Group, LLC                      Assistant United States Attorney
      120 S. Riverside Plaza, Suite 1675           318 S. Sixth Street
      Chicago, IL 60606                            Springfield, IL 62701
      Tel.: (312) 930-5600                         Tel.: (217) 492-4450
      Fax: (312) 930-0944                          Fax: (217) 492-4888 or 492-4580
      jmilaeger@goldberglawoffice.com              Hilary.frooman@usdoj.gov

      *Counsel for Plaintiff*                       *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System, and I hereby certify that a copy of the foregoing document was served by electronic mail, on March 23, 2020, to all counsel of record.

/s/ Jenna E. Milaeger
One of Plaintiff's Attorneys

GOLDBERG LAW GROUP, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, IL 60606
Tel.: (312) 930-5600
Fax: (312) 930-0944
E-Mail: jmilaeger@goldberglawoffice.com