E-FILED
Tuesday, 19 May, 2020  01:46:36 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

DAVID COOK, M.D.,

      Plaintiff,

      v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS, and ROBERT
WILKIE, the Secretary of the United States
Department of Veterans Affairs,

      Defendants.

Case No:  19-cv-02119-CSB-EIL

## INDEX TO THE ADMINISTRATIVE RECORD

      Plaintiff, David Cook, M.D., by and through undersigned counsel at the Goldberg Law Group, LLC, and Defendants, United States Department of Veterans Affairs and Robert Wilkie, Secretary of the United States Department of Veterans Affairs, by and through the United States Attorney's Office for the Central District of Illinois, hereby submit the following Index to the Administrative Record to assist the Court in its review of the above-captioned matter:

| Document Description and Date | Bates No. |
| --- | --- |
| VA Index | DC DAB 000001-2 |
| Blank Page/Document Divider | DC DAB 000003 |
| Notice of Removal and Revocation of Privileges (dated October 30, 2018) | DC DAB 000004-6 |
| VA Handbook 5021/13 Part V, Chapter 1 (dated April 17, 2013) | DC DAB 000007-16 |
| Human Resources Management Letter No. 05-17-08 (dated June 27, 2017) | DC DAB 000017-21 |

| | |
|---|---|
| Blank Page/Document Divider | DC DAB 000022 |
| Reply Transcript (dated October 26, 2018) | DC DAB 000023 |
| Dr. Cook Written Response to Proposed Removal (dated October 22, 2018) | DC DAB 000025 |
| Dr. Cook Email to Kelly Sermak (dated October 29, 2018) | DC DAB 000026 |
| Notice of Proposed Removal (dated October 18, 2018) | DC DAB 000029-32 |
| Blank Page/Document Divider | DC DAB 000033 |
| YouTube Video Link | DC DAB 000034 |
| USPS Tracking | DC DAB 000035 |
| Blank Page/Document Divider | DC DAB 000036 |
| Resolution of the Special Credentialing Professional Standards Board (dated October 9, 2018) | DC DAB 000037 |
| Blank Page/Document Divider | DC DAB 000038 |
| Administrative Investigative Board (AIB) Examination of David Cook (dated September 25, 2018) | DC DAB 000039-70 |
| Blank Page/Document Divider | DC DAB 000071 |
| AIB Examination of Elizabeth McGarry (pp. 5-19) (dated September 25, 2018) | DC DAB 000072-87 |
| Blank Page/Document Divider | DC DAB 000088 |
| AIB Examination of Teresa Seymour (pp. 8-11) (dated September 25, 2018) | DC DAB 000089-93 |
| Blank Page/Document Divider | DC DAB 000094 |
| Memorandum from Administrative Board of Investigation to Acting Medical Center Director (dated October 5, 2018) | DC DAB 000095-104 |
| Blank Page/Document Divider | DC DAB 000105 |
| Email from Sherrie Hughes re: Screenshots (dated September 21, 2018) | DC DAB 000106-109 |

| | |
|---|---|
| Blank Page/Document Divider | DC DAB 000110 |
| Report of Contact (dated September 21, 2018) | DC DAB 000111 |
| Blank Page/Document Divider | DC DAB 000112 |
| Email from Jessica Crockett re: Report of Contact (dated September 20, 2018) | DC DAB 000113-114 |
| Report of Contact (dated September 12, 2018) | DC DAB 000115 |
| Blank Page/Document Divider | DC DAB 000116 |
| Email from Melissa Spady re: Social Worker's notes (dated September 21, 2018) | DC DAB 000117 |
| Social Worker's notes (dated September 11-21, 2018) | DC DAB 000118-120 |
| Blank Page/Document Divider | DC DAB 000121 |
| VHA Directive 2012-026 (dated September 27, 2012) | DC DAB 000122-130 |
| Blank Page/Document Divider | DC DAB 000131 |
| MCM Number: 05-07 | DC DAB 000132-139 |
| Blank Page/Document Divider | DC DAB 000140 |
| Acknowledgment of Receipt of Medical Staff Bylaws for VA Illiana Health Care System for 2017 (dated April 1, 2018) | DC DAB 000141 |
| Bylaws and Rules of the Medical Staff of VA Illiana Health Care System (dated May 2017) | DCA DAB 000142-197 |
| Blank Page/Document Divider | DC DAB 000198 |
| Email from Brooke Heckerson re: Dr. Cook response to suspension (dated October 4, 2018) | DC DAB 000199 |
| Dr. Cook Response to Suspension (undated) | DC DAB 000200-202 |
| Blank Page/Document Divider | DC DAB 000203 |
| Outpatient Medication Details for Patient A (dated September 28, 2018) | DC DAB 000204-229 |

| | |
|---|---|
| Blank Page/Document Divider | DC DAB 000230 |
| Order Details (dated September 28, 2018) | DC DAB 000231 |
| Blank Page/Document Divider | DC DAB 000232 |
| Medical Record for Patient A | DC DAB 000233-246 |
| Blank Page/Document Divider | DC DAB 000247 |
| Email from Brooke Heckerson re: PCP change request (dated September 24, 2018) | DC DAB 000248-249 |
| Blank Page/Document Divider | DC DAB 000250 |
| Summary Suspension Notice | DC DAB 000251-252 |
| Memorandum from Associate Chief of Staff to Dr. Cook re: change to administrative status (dated September 21, 2018) | DC DAB 000253 |
| Blank Page/Document Divider | DC DAB 000254 |
| Memorandum from Acting Director to Dr. Cook re: authorized absence (dated September 20, 2018) | DC DAB 000255 |
| Blank Page/Document Divider | DC DAB 000256 |
| Emergency Cascade Callback System | DC DAB 000257 |
| Blank Page/Document Divider | DC DAB 000258 |
| Notice of Three Calendar Day Suspension (dated May 8, 2018) | DC DAB 000259-260 |
| Blank Page/Document Divider | DC DAB 000261 |
| Notice of Proposed Suspension (dated April 23, 2018) | DC DAB 000262-264 |
| Blank Page/Document Divider | DC DAB 000265 |
| Notice of Reprimand (dated October 31, 2017) | DC DAB 000266 |
| Blank Page/Document Divider | DC DAB 000267 |
| Notice of Proposed Reprimand (dated October 19, 2017) | DC DAB 000268-269 |

2:19-cv-02119-CSB-EIL   # 18   Page 5 of 8

| | |
|---|---|
| Blank Page/Document Divider | DC DAB 000270 |
| Notice of Admonishment (dated March 8, 2017) | DC DAB 000271 |
| Blank Page/Document Divider | DC DAB 000272 |
| Notice of Proposed Admonishment (dated February 15, 2017) | DC DAB 000273-274 |
| Blank Page/Document Divider | DC DAB 000275 |
| MCM Number: 12-12 | DC DAB 000276-280 |
| Blank Page/Document Divider | DC DAB 000281 |
| VA Handbook 6500, Appendix D (dated March 10, 2015) | DC DAB 000282-292 |
| Blank Page/Document Divider | DC DAB 000293 |
| TMS Report | DC DAB 000294-295 |
| Blank Page/Document Divider | DC DAB 000296 |
| Personnel Action (dated June 1, 2014) | DC DAB 000297-299 |
| Blank Page/Document Divider | DC DAB 000300 |
| Appointment Letter | DC DAB 000301-302 |
| Notice of Disciplinary Appeals Board (DAB) Decision (dated March 14, 2019) | DC DAB 000303 |
| Board Action (dated February 6, 2019) | DC DAB 000304-310 |
| DAB Hearing Transcript (Full Page Version) (dated January 8, 2019) | DC DAB 000311-571 |
| DAB Hearing Transcript (Mini Version) (dated January 8, 2019) | DC DAB 000572-629 |
| Appellant's Exhibit A-1 | DC DAB 000630-931 |
| Appellant's Exhibit A-2 | DC DAB 000932-956 |
| Appellant's Exhibit A-3 | DC DAB 000957 |

| | |
|---|---|
| Board's Exhibit List | DC DAB 000958-959 |
| Board's Exhibit B-1 | DC DAB 000960 |
| Board's Exhibit B-2 | DC DAB 000961 |
| Board's Exhibit B-3 | DC DAB 000962-963 |
| Board's Exhibit B-4 | DC DAB 000964-965 |
| Transcript of Patient A's YouTube Video[1] | DC DAB 000966-970 |
| Letter from VA Acting Director to Dr. Cook (dated September 25, 2018) | DC DAB 000971 |
| Notice of Rescission of Proposed 14 Day Suspension (dated September 25, 2018) | DC DAB 000972 |
| Letter from VA Acting Director to Dr. Cook (dated October 18, 2018) | DC DAB 000973-974 |
| Dr. Cook Notice of Appeal and Request for Hearing (dated November 1, 2018) | DC DAB 000975-983 |
| AIB Examination of Elizabeth McGarry (pp. 2-4) (dated September 25, 2018) | DC DAB 000984-986 |
| AIB Examination of Teresa Seymour (pp. 8-11) (dated September 25, 2018) | DC DAB 000987-992 |
| Board's Exhibit B-5 | DC DAB 000993-996 |
| Board Ruling on Witness Lists | DC DAB 000997-998 |

---

[1] The parties have the original YouTube video recording and will submit said video recording to the Court for review upon request. The transcript of the YouTube video was not part of the underlying administrative record, but the parties agree it should be made part of the record for purposes of facilitating the Court's review of this case as the Disciplinary Appeals Board viewed the YouTube video. If the Court would like a copy of the original YouTube video, the parties are in agreement that it should be delivered to the Court under seal as it contains protected health information.

Respectfully submitted;

By: _/s/ Jenna E. Milaeger_____
      Jenna E. Milaeger
      Goldberg Law Group, LLC
      120 S. Riverside Plaza, Suite 1675
      Chicago, IL 60606
      Tel.: (312) 930-5600
      Fax: (312) 930-0944
      jmilaeger@goldberglawoffice.com

      *Counsel for Plaintiff*

Respectfully submitted;

By: _/s/ Hilary W. Frooman_____
      Hilary W. Frooman
      Assistant United States Attorney
      318 S. Sixth Street
      Springfield, IL 62701
      Tel.: (217) 492-4450
      Fax: (217) 492-4888 or 492-4580
      Hilary.frooman@usdoj.gov

      *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System, and I hereby certify that a copy of the foregoing document was served by electronic mail, on May 19, 2020, to all counsel of record.

*/s/ Jenna E. Milaeger*
One of Plaintiff's Attorneys

GOLDBERG LAW GROUP, LLC
120 S. Riverside Plaza, Suite 1675
Chicago, IL 60606
Tel.: (312) 930-5600
Fax: (312) 930-0944
E-Mail: jmilaeger@goldberglawoffice.com